STEVEN P. O'NEILL (SBN. 143075)
MICHAEL SILANDER (SBN. 202609)
LEMIEUX & O'NEILL
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, California 91362
Telephone: (805) 495-4770
Facsimile:  (805) 495-2787

Attorneys for Defendant
Upper San Gabriel Valley Municipal Water District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL AUDIO ACCESS, INC., a California corporation (d.b.a. Capitol Morning Report),<br><br>Plaintiff,<br><br>Vs.<br><br>KEITH UMEMOTO, an individual; LAURA LARRAMENDI, an individual; and UPPER SAN GABRIEL VALLEY MUNICIPAL WATER DISTRICT, a government agency,<br><br>Defendants. | CASE NO.:   2:13-cv-00134-GEB-EFB<br><br>**STIPULATION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER THEREON** |

**TO THIS HONORABLE COURT, AND PLAINTIFF AND ITS COUNSEL:**

## RECITALS

WHEREAS, Capitol Audio Access, Inc. ("Plaintiff") served Upper San Gabriel Valley Municipal Water District ("District") with a summons and complaint in the above-cited action on or about February 13, 2013, creating a deadline of March 6, 2013, for District to file and serve a responsive pleading;

– 1 –

**STIPULATION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING;
[PROPOSED] ORDER THEREON**

WHEREAS, Plaintiff's complaint contains allegations of federal copyright infringement and related causes of action;

WHEREAS, District is infrequently involved in copyright disputes, needs to retain legal counsel specializing in that field, and is actively interviewing attorneys to represent District in this dispute;

WHEREAS, District is a public agency with a board of directors that needs to approve its new attorney and that meets only twice a month;

WHEREAS, this Honorable Court may for good cause extend time, with or without motion or notice if court acts, or if request is made, before the original time or its extension expires;

Plaintiff and District hereby stipulate, and respectfully request by this Court, as follows:

## **STIPULATION**

District's time to file and serve a responsive pleading to Plaintiff's complaint is enlarged by fifteen days, creating a new deadline of March 21, 2013.

LEMIEUX & O'NEILL

Dated: March 5, 2013        By /s/ _____
Michael Silander
Attorneys for Defendant
San Gabriel Valley Municipal Water District


WEINTRAUB TOBIN CHEDIAK
COLEMAN GRODIN

Dated: March 5, 2013        By /s/ _____
Scott M. Plamondon
Attorneys for Plaintiff
Capitol Audio Access, Inc.

- 2 -

**STIPULATION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING;
[PROPOSED] ORDER THEREON**

## **O R D E R**

IT IS SO ORDERED.

Date: <u>3/5/2013</u>

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**STIPULATION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER THEREON**