DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorney for Defendant
KEITH UMEMOTO

WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
SCOTT M. HERVEY (SBN 180188)
shervey@weintraub.com
SCOTT M. PLAMONDON (SBN 212294)
splamondon@weintraub.com
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: 916-558-6000
Facsimile: 916-446-1611

Attorneys for Plaintiff
CAPITOL AUDIO ACCESS, INC. (dba Capitol Morning Report)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAPITOL AUDIO ACCESS, INC., a California corporation, (d.b.a. Capitol Morning Report)<br><br>Plaintiff,<br><br>v.<br><br>KEITH UMEMOTO, an individual, LAURA LARRAMENDI, an individual, and UPPER SAN GABRIEL VALLEY MUNICIPAL WATER DISTRICT, a government agency<br><br>Defendants. | Case No. 2:13-cv-00134-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND**<br><br>Ctrm: 10<br>Judge: Honorable Garland E. Burrell, Jr.<br><br>Complaint Filed: January 23, 2013 |

Whereas the parties are in the process of scheduling meetings in an attempt to resolve this matter without further litigation, pursuant to Eastern District of California Civil Local Rule 144, Defendants Keith Umemoto and Plaintiff Capitol Audio Access, Inc. (dba Capitol Morning Report) hereby stipulate to extend the time that Keith Umemoto and Lara Larramendi have to answer or otherwise respond to the complaint until May 2, 2013.  This is the second such extension, for a period of 28 days, and will not alter the date of any event or any deadline already fixed by Court order.

Dated:  April 3, 2013                             DURIE TANGRI LLP

                                                  By:      */s/ Michael H. Page*
                                                               MICHAEL H. PAGE

                                                  Attorney for Defendant
                                                  KEITH UMEMOTO

Dated:  April 3, 2013                             WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN

                                                  By:  */s/ Scott M. Plamondon (as authorized on 4/3/13)*
                                                               SCOTT M. PLAMONDON

                                                  Attorneys for Plaintiff
                                                  CAPITOL AUDIO ACCESS, INC.
                                                  (dba Capitol Morning Report)

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 131(e), regarding signatures, I, Michael H. Page, attest that concurrence in the filing of this document has been obtained.

Dated:  April 3, 2013                                  */s/ Michael H. Page*
                                                         MICHAEL H. PAGE

**ORDER**

IT IS SO ORDERED.

Dated: 4/3/13

                                                  GARLAND E. BURRELL, JR.
                                                  Senior United States District Judge