Scott M. Hervey, State Bar No. 180188
Scott M. Plamondon, State Bar No. 212294
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Telephone:   916/558-6000
Facsimile:    916/446-1611

Attorneys for Plaintiff
CAPITOL AUDIO ACCESS, INC.
(dba Capitol Morning Report)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL AUDIO ACCESS, INC., a California corporation (dba Capitol Morning Report),<br><br>Plaintiff,<br><br>vs.<br><br>KEITH UMEMOTO, an individual, LAURA LARRAMENDI, an individual, and UPPER SAN GABRIEL VALLEY MUNICIPAL WATER DISTRICT, a government agency<br><br>Defendants. | Case No. 2:13-cv-00134-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO KEITH UMEMOTO AND LAURA LARRAMENDI**<br><br>Complaint Filed:  January 23, 2013 |

IT IS HEREBY STIPULATED by and between Plaintiff Capitol Audio Access, Inc. dba Capitol Morning Report ("Plaintiff") and Defendants Keith Umemoto and Laura Larramendi ("Defendants"), parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's complaint against these Defendants (and only these Defendants) is hereby dismissed in its entirety with prejudice, each party to bear its own attorney fees and costs.

DATED: June 20, 2014                         DURIE TANGRI LLP

                                             By:   /s/ Michael H. Page
                                                   Michael H. Page, Esq.

Attorneys for Keith Umemoto

DATED:  June 20, 2014

    /s/ Laura Larramendi
Laura Larramendi, in pro per

DATED:  June 20, 2014

**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN LAW CORPORATION

By:    /s/ Scott M. Plamondon
    Scott M. Hervey
    Scott M. Plamondon

Attorneys for Plaintiff

## ORDER

Pursuant to the stipulation set forth above, IT IS SO ORDERED.  Plaintiff's complaint is hereby dismissed in its entirety with prejudice as to Defendants Keith Umemoto and Laura Larramendi, each party to bear her or his own attorney fees and costs.

Dated:  June 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge