UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL AUDIO ACCESS, INC., a California corporation, (d.b.a. Capitol Morning Report),<br><br>Plaintiffs,<br><br>v.<br><br>KEITH UMEMOTO, an individual; LAURA LARRAMENDI, an Individual; and UPPER SAN GABRIEL VALLEY MUNICIPAL WATER DISTRICT, a government agency,<br><br>Defendants. | No.  2:13-cv-00134-GEB-EFB<br><br>**ORDER VACATING DISMISSAL ORDER** |

        On June 20, 2014, Plaintiff and Defendants Keith Umemoto and Laura Larramendi filed a Stipulation and Proposed Order for Dismissal of the Complaint with prejudice as to Defendants Keith Umemoto and Laura Larramendi under Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii). (Stipulation and Proposed Order, ECF No. 34.)

        An order issued on June 24, 2014, dismissing Defendants Keith Umemoto and Laura Larramendi with prejudice "pursuant to the [referenced] stipulation." (Order, ECF No. 35.) However, on June 24, 2014, Defendant Upper San Gabriel Valley Municipal Water District ("Defendant Water District") filed an opposition to the

Stipulation for Dismissal in which it states that it "did not join the stipulation, and intended to oppose the stipulation." (Def. Water District's Opp'n 2:6-11, ECF No. 36.) Defendant Water District requests the June 24, 2014 dismissal order be withdrawn, arguing: "Plaintiff cannot avail itself of the mechanism for dismissal by stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as it has purported to do, because not all parties entered the stipulation. The absence of district's participation in the purported stipulation renders it ineffective as a matter of law." Id. at 3:8-10.

Since Defendant Water District did not enter into the stipulation to dismiss Defendants Keith Umemoto and Laura Larramendi, those defendants could not be dismissed under Rule 41(a)(1)(A)(ii). See Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action without a court order by filing: . . . (ii) *a stipulation of dismissal signed by all parties who have appeared*." (emphasis added)). Accordingly, the June 24, 2014 dismissal order is VACATED.

Dated:  July 14, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge