Scott M. Hervey, State Bar No. 180188
Scott M. Plamondon, State Bar No. 212294
Josh H. Escovedo, State Bar No. 284506
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916/558-6000
Facsimile: 916/446-1611

Attorneys for Plaintiff
CAPITOL AUDIO ACCESS, INC.
(dba Capitol Morning Report)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL AUDIO ACCESS, INC., a California corporation (dba Capitol Morning Report), <br><br>  Plaintiff, <br><br> vs. <br><br> KEITH UMEMOTO, an individual, LAURA LARRAMENDI, an individual, and UPPER SAN GABRIEL VALLEY MUNICIPAL WATER DISTRICT, a government agency <br><br>  Defendants. | Case No. 2:13-cv-00134-GEB-EFB <br><br> Hon. Garland E. Burrell, Jr. <br><br> NOTICE OF MOTION TO VOLUNTARILY DISMISS DEFENDANTS, KEITH UMEMOTO AND LARA LARRAMENDI <br><br> Date:     Sept. 8, 2014 <br> Time:     9:00 a.m. <br> Courtroom: 10, 13th Floor |

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on September 8, 2014 at 9:00 a.m. in Courtroom 10 of the above-entitled court, located at 501 I Street, Sacramento, CA 95814, Plaintiff, CAPITOL AUDIO ACCESS, INC. ("Plaintiff"), will move and hereby does move the court to Voluntarily Dismiss Defendants, KEITH UMEMOTO and LARA LARRAMENDI ("Settled Defendants"), pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2).

Specifically, Plaintiff moves the Court to Dismiss the Settled Defendants because Plaintiff and Settled Defendants have reached an arms-length settlement wherein Plaintiff agreed to dismiss the Settled Defendants from this case. This dismissal is appropriate because courts

1  routinely grant dismissals with prejudice because such a dismissal ends all litigation between
2  the respective parties.  Furthermore, the dismissal is appropriate because it will not prejudice
3  the Upper San Gabriel Valley Municipal Water District.
4     This Motion is based upon this Notice of Motion and Motion, the concurrently filed
5  Memorandum of Points and Authorities, the Declaration of Scott M. Plamondon, the
6  Complaint and other pleadings on file in this matter, and any and all other material which may
7  properly come before the Court at, or before the hearing on this Motion.

Dated:  August 1, 2014.           **weintraub tobin** chediak coleman grodin
                                   LAW CORPORATION

                                   By:   /s/ Scott M. Plamondon
                                         Scott M. Plamondon
                                         Attorneys for CAPITOL AUDIO ACCESS, INC.
                                         (dba Capitol Morning Report)